FILED
JUL 0 2 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr.No. |
| vs. | : | In violation of 21 U.S.C. |
| | : | §§ 841(a)(1) & (b)(1)(B) |
| SANTIAGO MEDINA-ROSADO | : | |

INDICTMENT CR 08 60ML

The Grand Jury charges:

That on or about May 16, 2008, in the District of Rhode Island, the defendant, SANTIAGO MEDINA-ROSADO, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE: July 2, 2008