AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

Santiago Medina-Rosado

CASE NUMBER: CR08-60ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Santiago Medina Rosado

I certify that I am admitted to practice in this court.

7-8-08

*Date*

*Signature*

J. Crowell 1923

*Print Name* *Bar Number*

128 Dorrance St

*Address*

Prov RI 02903

*City* *State* *Zip Code*

272-6600 274-0175

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.