AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
JUL 0 2 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

SANTIAGO MEDINA-ROSADO

**WARRANT FOR ARREST**

Case Number: CR 08-60ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SANTIAGO MEDINA-ROSADO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

☐ in violation of Title 21 United States Code, Section(s) 841(a)&(b)(1)(B)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Mark Saucier
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

07/02/2008
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI | | |
| DATE RECEIVED 07/02/08<br>DATE OF ARREST 07/08/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |