# *UNITED STATES DISTRICT COURT*

*for the*
*District of Rhode Island*

*Case No. CR 08-060-01ML*

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **SANTIAGO MEDINA-ROSADO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi,** Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **25th** day of **August, 2008,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: August 18, 2008.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** *Barbara Barletta*
***Barbara Barletta - Deputy Clerk***