IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 08-60ML |
| vs. | ) | |
| | ) | |
| SANTIAGO MEDINA-ROSADO | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Santiago Medina-Rosado, CR08-60ML. Assistant United States Attorney Gerard B. Sullivan, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar #3309
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 10th day of September, 2008, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Judith Crowell, Esquire
128 Dorrance Street, 4th FLoor
Providence, Rhode Island 02903

/s/ STEPHEN G. DAMBRUCH
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar #3309
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
stephen.dambruch@usdoj.gov